Mia Farber (SBN 131467)
farberm@jacksonlewis.com
Damien P. DeLaney (SBN 246476)
damien.delaney@jacksonlewis.com
Vi Applen (SBN 273623)
vi.applen@jacksonlewis.com
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendant,
BEHR PAINT CORPORATION,
BEHR PROCESS CORPORATION, and
MASCO CORPORATION

Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
William C. Jhaveri-Weeks (SBN 289984)
wjhaveriweeks@gbdhlegal.com
Byron Goldstein (SBN 289306)
brgoldstein@gbdhlegal.com
Ginger L. Grimes (SBN 307168)
ggrimes@gbdhlegal.com
**GOLDSTEIN, BORGEN, DARDARIAN & HO**
300 Lakeside Drive, Suite 1000
Oakland, California 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417

Attorneys for Plaintiff and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MCBAIN, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BEHR PAINT CORPORATION, a California Corporation, BEHR PROCESS CORPORATION, a California Corporation; and MASCO CORPORATION, a Delaware Corporation,<br><br>Defendants. | **CASE NO.: 3:16-CV-07036-MEJ**<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Complaint filed: December 8, 2016 |

1  Pursuant to Local Civil Rule 6-1(a), Plaintiff Ryan McBain ("Plaintiff") and
2  Defendants Behr Paint Corporation, Behr Process Corporation, and Masco Corporation
3  ("Defendants") hereby stipulate to an extension of time for Defendants to answer or
4  otherwise respond to the Complaint filed in this matter on December 8, 2016.

5  Defendants shall answer or otherwise respond to Plaintiff's Complaint no later than
6  Tuesday, February 7, 2017.

Dated: January 24, 2017          JACKSON LEWIS P.C.

                                 By:  /s/ Damien P. DeLaney

                                      Mia Farber
                                      Damien P. DeLaney
                                      Vi Applen
                                      Attorneys for Defendants
                                      BEHR PAINT CORPORATION,
                                      BEHR PROCESS CORPORATION, and
                                      MASCO CORPORATION

Dated: January 24, 2017          GOLDSTEIN, BORGEN, DARDARIAN & HO

                                 By:  /s/ William C. Jhaveri-Weeks

                                      Laura L. Ho
                                      William C. Jhaveri-Weeks
                                      Byron Goldstein
                                      Ginger L. Grimes
                                      Attorneys for Plaintiff and the Proposed Class

4824-1815-0208, v. 1