Mia Farber (SBN 131467)
farberm@jacksonlewis.com
Damien P. DeLaney (SBN 246476)
damien.delaney@jacksonlewis.com
Vi Applen (SBN 273623)
vi.applen@jacksonlewis.com
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendant,
BEHR PAINT CORPORATION,
BEHR PROCESS CORPORATION, and
MASCO CORPORATION

Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
William C. Jhaveri-Weeks (SBN 289984)
wjhaveriweeks@gbdhlegal.com
Byron Goldstein (SBN 289306)
brgoldstein@gbdhlegal.com
Ginger L. Grimes (SBN 307168)
ggrimes@gbdhlegal.com
**GOLDSTEIN, BORGEN, DARDARIAN & HO**
300 Lakeside Drive, Suite 1000
Oakland, California 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417

Attorneys for Plaintiff and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MCBAIN, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BEHR PAINT CORPORATION, a California Corporation, BEHR PROCESS CORPORATION, a California Corporation; and MASCO CORPORATION, a Delaware Corporation,<br><br>Defendants. | **CASE NO.: 3:16-CV-07036-MEJ**<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Complaint filed: December 8, 2016 |

Pursuant to Local Civil Rule 6-1(a), Plaintiff Ryan McBain ("Plaintiff") and Defendants Behr Paint Corporation, Behr Process Corporation, and Masco Corporation ("Defendants") hereby stipulate to an extension of time for Defendants to answer or otherwise respond to the Complaint filed in this matter on December 8, 2016.

Defendants shall answer or otherwise respond to Plaintiff's Complaint no later than Tuesday, February 7, 2017.

Dated: January 24, 2017          JACKSON LEWIS P.C.


                                 By:   /s/ Damien P. DeLaney

                                       Mia Farber
                                       Damien P. DeLaney
                                       Vi Applen
                                       Attorneys for Defendants
                                       BEHR PAINT CORPORATION,
                                       BEHR PROCESS CORPORATION, and
                                       MASCO CORPORATION


Dated: January 24, 2017          GOLDSTEIN, BORGEN, DARDARIAN & HO


                                 By:   /s/ William C. Jhaveri-Weeks

                                       Laura L. Ho
                                       William C. Jhaveri-Weeks
                                       Byron Goldstein
                                       Ginger L. Grimes
                                       Attorneys for Plaintiff and the Proposed Class

4824-1815-0208, v. 1