UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MCBAIN,<br><br>    Plaintiff,<br><br>    v.<br><br>BEHR PAINT CORPORATION, et al.,<br><br>    Defendants. | Case No. 16-cv-07036-MEJ<br><br>**ORDER VACATING CMC** |

This matter is currently scheduled for an Initial Case Management Conference on March 9, 2017. However, as there is a pending Motion to Dismiss that is scheduled to be heard on March 23, 2017, the Case Management Conference and all related deadlines are **VACATED**. The conference will be rescheduled, if necessary, after any pending motions are resolved.

**IT IS SO ORDERED.**

Dated: February 14, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge