Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
William C. Jhaveri-Weeks (SBN 289984)
wjhaveriweeks@gbdhlegal.com
Byron Goldstein (SBN 289306)
brgoldstein@gbdhlegal.com
Ginger L. Grimes (SBN 307168)
ggrimes@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel:  (510) 763-9800
Fax:  (510) 835-1417

Attorneys for Plaintiff and the Proposed Class

Mia Farber (SBN 131467)
farberm@jacksonlewis.com
Damien P. DeLaney (SBN 246476)
damien.delaney@jacksonlewis.com
Vi Applen (SBN 273623)
vi.applen@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5408
Tel:  (213) 689-0404
Fax:  (213) 689-0430

Attorneys for Defendants,
BEHR PAINT CORPORATION and
BEHR PROCESS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MCBAIN, individually, and on behalf of others similarly situated,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>BEHR PROCESS CORPORATION (dba MASCO COATINGS GROUP"), a corporation, BEHR PAINT CORPORATION, a corporation; MASCO CORPORATION, a corporation; and DOES ONE through TEN inclusive,<br><br>　　　Defendants. | Case No.:  3:16-CV-07036-MEJ<br><br>**PLAINTIFF'S NOTICE RE STATUS OF PLEADINGS AND JOINT REQUEST TO SCHEDULE INITIAL CASE MANAGEMENT CONFERENCE** |

PL'S NOT. RE STATUS OF PLEADINGS & JOINT REQ. TO SCHEDULE INITIAL CASE MANAGEMENT CONFERENCE – CASE NO. 3:16-CV-07036-MEJ

674590.6

Plaintiff Ryan McBain provides notice to this Court that he will not file an amended complaint before April 24, 2017 in response to the Court's Order of April 3, 2017. Accordingly, Plaintiff and Defendants Behr Paint Corporation and Behr Process Corporation (collectively, "Parties") jointly request that the Court set April 28, 2017 as the deadline for Defendants to file their Answer to Plaintiff's Complaint filed on December 8, 2016, and schedule an initial case management conference for May 11, 2017.

## BACKGROUND

Plaintiff filed the Complaint on December 8, 2016. ECF No. 1. The Initial Case Management Conference was scheduled for March 9, 2017. ECF No. 3. On January 24, 2017, Defendants filed a Stipulation providing Defendants with extension of time to February 7, 2017 for Defendants to answer or otherwise response to the Complaint. Defendants filed a Motion to Dismiss on February 7, 2017 requesting that this Court dismiss some of Plaintiff's claims and some of the Defendants. ECF No. 12. Defendants' Motion to Dismiss did not seek dismissal of either Defendant Behr Paint Corporation or Plaintiff's claim for failure to pay overtime wages under the Federal Labor Standards Act ("FLSA"). *Id.*

On February 14, 2017, the Court vacated the Initial Case Management Conference, stating that the "conference will be rescheduled, if necessary, after any pending motions are resolved." ECF No. 19. On April 3, 2017, the Court issued an Order granting in part and denying in part Defendants' Motion to dismiss. ECF No. 27. Specifically, the Order dismissed, without prejudice, Plaintiff's third through ninth causes of action as well as Defendant Masco Corporation. *Id.* The Order also stated, "Plaintiff shall file any amended complaint no later than April 24, 2017." *Id.*

On April 5, 2017, Plaintiff informed Defendants that Plaintiff will not file an amended complaint prior to April 24, 2017, and Plaintiff provides such notice to this Court through this filing. The parties have agreed that Defendants shall have until April 28, 2017 to file an Answer.

On April 7, 2017, Plaintiff filed a California Private Attorneys General Act ("PAGA") representative action against the Defendants in Alameda County Superior Court, Case No. RG17855986. The complaint alleges the following causes of action under PAGA: (1) failure to pay

2
PL'S NOT. RE STATUS OF PLEADINGS & JOINT REQ. TO SCHEDULE INITIAL CASE MANAGEMENT CONFERENCE – CASE NO. 3:16-CV-07036-MEJ

674590.6

1 overtime wages; (2) failure to provide meal periods or premium pay for missed meal periods; (3) failure to provide rest breaks or premium pay for missed rest breaks; (4) failure to provide accurate itemized wage statements; (5) failure to pay all wages due upon termination or resignation; (6) failure to keep accurate payroll records; (7) failure to pay all wages owed twice per calendar month; and (8) failure to reimburse aggrieved employees for all reasonable and necessary business expenses.

To the extent the issues in the representative action will implicate discovery that is also implicated by the Federal Action, the Parties have agreed to coordinate in order to avoid unnecessary duplicative efforts.

Pursuant to Local Rule 16-2, the Parties request that the Court schedule the initial Case Management Conference for May 11, 2017.

Dated: April 12, 2017                                   Respectfully submitted,

                                                        GOLDSTEIN, BORGEN, DARDARIAN & HO

                                                         *s/ Byron Goldstein*
                                                        Byron Goldstein

                                                        Attorneys for Plaintiffs and the Putative Class

3
PL'S NOT. RE STATUS OF PLEADINGS & JOINT REQ. TO SCHEDULE INITIAL CASE MANAGEMENT CONFERENCE – CASE NO. 3:16-CV-07036-MEJ

674590.6

## CONCLUSION

For the foregoing reasons, the Parties jointly request that the Court schedule an initial case management conference for May 11, 2017 and set April 28, 2017 as the deadline for Defendants to file their Answer.

Dated: April 12, 2017                    Respectfully submitted,

                                         GOLDSTEIN, BORGEN, DARDARIAN & HO

                                         *s/ Byron Goldstein*
                                         Byron Goldstein

                                         Laura L. Ho
                                         William C. Jhaveri-Weeks
                                         Byron Goldstein
                                         Ginger Grimes

                                         Attorneys for the Plaintiff and Putative Class

Dated: April 12, 2017                    JACKSON LEWIS LLP

                                         *s/ Vi Applen*
                                         Vi Applen

                                         Mia Farber
                                         Damien P. DeLaney
                                         Vi Applen

                                         Attorney for Defendants

## SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3) I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document.

Dated: April 12, 2017                    Respectfully submitted,

                                         GOLDSTEIN, BORGEN, DARDARIAN & HO

                                         *s/ Byron Goldstein*
                                         Byron Goldstein

                                         Attorneys for Plaintiffs and the Putative Class