UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MCBAIN, | Case No.  16-cv-07036-MEJ |
| Plaintiff, | **PRELIMINARY CASE MANAGEMENT ORDER** |
| v. | Re: Dkt. No. 37 |
| BEHR PAINT CORPORATION, et al., | |
| Defendants. | |

The parties appeared before the undersigned for an initial case management conference ("CMC") on May 18, 2017.  Based on the parties' Joint Case Management Conference Statement (Dkt. No. 37) and the discussions held during the CMC, the Court **ORDERS** the following:

1.      No later than June 22, 2017, Defendant shall file a motion to compel arbitration ("Motion").

2.      The parties shall meet and confer about their preferred alternative dispute resolution ("ADR") option.  In their briefing on the Motion, the parties shall indicate their joint ADR preference.  If the parties cannot agree to a preferred method, they shall file a 5-page letter brief no later than July 27, 2017 addressing their proposed alternatives before the hearing on the Motion.

3.      The deadline for amending the pleadings is October 18, 2017.

4.      If the Court does not grant Defendant's Motion, Plaintiff shall file a motion for class certification by October 31, 2017, which the Court will hear on December 7, 2017.

5.      The parties will submit a protective order in due course.

6.      The Court will schedule a further CMC and set additional deadlines after it decides the Motion, if necessary.

**IT IS SO ORDERED.**

Dated: May 19, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
Northern District of California