Mia Farber (SBN 131467)
farberm@jacksonlewis.com
Damien P. DeLaney (SBN 246476)
damien.delaney@jacksonlewis.com
Vi Applen (SBN 273623)
vi.applen@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendants
BEHR PAINT CORPORATION and
BEHR PROCESS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MCBAIN, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BEHR PAINT CORPORATION, a California Corporation, BEHR PROCESS CORPORATION, a California Corporation; and MASCO CORPORATION, a Delaware Corporation,<br><br>Defendants. | CASE NO.: 3:16-CV-07036-MEJ<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATED PROTECTIVE ORDER<br><br>Complaint filed: December 8, 2016 |

**PURSUANT TO THE JOINT STIPULATION, IT IS SO ORDERED.**

Date: __November 7__, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge

4819-9291-4004, v. 1

CASE NO.: 3:16-CV-07036-MEJ          1          [PROPOSED] ORDER GRANTING JOINT STIPULATED PROTECTIVE ORDER