Mia Farber (SBN 131467)
farberm@jacksonlewis.com
Damien P. DeLaney (SBN 246476)
damien.delaney@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5408
Tel: (213) 689-0404
Fax: (213) 689-0430

Attorneys for Defendants Behr Paint Corporation and Behr Process Corporation

Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Byron Goldstein (SBN 289306)
brgoldstein@gbdhlegal.com
Ginger L. Grimes (SBN 307168)
ggrimes@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel: (510) 763-9800
Fax: (510) 835-1417

Attorneys for Plaintiff and the Proposed Class

**GRANTED**
Judge Thomas S. Hixson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MCBAIN, individually, and on behalf of others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>BEHR PROCESS CORPORATION (dba MASCO COATINGS GROUP"), a corporation, BEHR PAINT CORPORATION, a corporation; MASCO CORPORATION, a corporation; and DOES ONE through TEN inclusive,<br><br>　　　　Defendants. | Case No.: 3:16-CV-07036-TSH<br><br>**JOINT STATUS REPORT**<br><br>Date:　November 29, 2018<br>Time:　10:00 AM<br>Dept:　Dept B<br>Before:　Hon. Thomas S. Hixson<br><br>Trial Date:　None Set |

Pursuant to this Court's May 18, 2018 Order Vacating May 24, 2018 Status Conference (ECF No. 78), Plaintiff Ryan McBain, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendants Behr Paint Corporation and Behr Process Corporation ("Defendants"), by and through their respective counsel of record, submit this Joint Status Report.

On August 24, 2018, the Alameda County Superior Court granted final approval of the Parties' proposed class, collective, and representative action settlement and entered Final Judgment (attached as Exh. 1). The final approval order and final judgment include the claims before this Court as well as the claims that were dismissed from this case and re-filed in Alameda County Superior Court.

Accordingly, the Parties request that this Court dismiss this action with prejudice.

Dated: November 29, 2018

Respectfully submitted,

GOLDSTEIN, BORGEN, DARDARIAN & HO

*s/Byron Goldstein*
Laura L. Ho
Byron Goldstein
Ginger L. Grimes.

Attorneys for Plaintiff and the Proposed Class


JACKSON LEWIS P.C.

*s/Mia Farber*
Mia Farber
Damien Delaney

Attorneys for Defendants Behr Paint Corporation and Behr Process Corporation

**SIGNATURE ATTESTATION**
**ATTESTATION OF FILER**

The undersigned hereby attests that all signatories above have concurred in the filing of this motion.

DATED: November 29, 2018

*s/Byron Goldstein*
Byron Goldstein